IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK HORST,<br>    Plaintiff | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant | :<br>:<br>: | NO. 12-099 |

### ORDER

EDMUND V. LUDWIG, J.

AND NOW, this 21st day of December, 2012, upon consideration of the plaintiff's request for review, defendant's response, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that: Objections overruled.

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.
UNITED STATES DISTRICT JUDGE

cc: LKC